KREMER et al, Respondents v. PUBLIC DRUG COMPANY, Appellant.

· (170 N. W. 959).

(File No. 4432. Opinion filed February 11, 1919.)

Action by Frederick B. Kremer, et al, v. Public Drug Com-

pany, a corporation. From a judgment for plaintiffs, and from an order denying a new trial, defendant appeals. Affirmed. See, Kremer et al, v. Public Drug Company, 41 S. D. —— 170 N. W. 571.

Selover, Schultz & Selover, and H. G. Fuller, for Appellant.
Crawford & Crawford, for Respondents.

SMITH, P. J. The record presented upon this appeal is identical with that in the case of Frederick Kremer et al. v. Public Drug Co., a corporation, and this appeal is controlled by the decision in that case, which will be found in 170 N. W. 571.

Judgment of affirmance will be entered, as in that case. No costs to be taxed in this court.